FILED
U.S. DISTRICT COURT
SAVANNAH
2013 JUN 19
CLERK L. Moore
SO. DIST. OF GA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

CHRISTOPHER L. HALEY, )
)
    Movant, )
)
v. ) Case No. CV613-057
)         CR611-004
UNITED STATES )
)
    Respondent. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 19 day of June, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA